**Scott Louis PANETTI, Petitioner–Appellant,**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 04–70045.

United States Court of Appeals, Fifth Circuit.

Aug. 15, 2007.

Michael Clark Gross, San Antonio, TX, Keith S. Hampton, Hampton Law Office, Austin, TX, for Petitioner–Appellant.

Tina J. Dettmer, Office of the Attorney General Postconviction Litigation Div., Austin, TX, for Respondent–Appellee.

Before HIGGINBOTHAM, GARZA, and STEWART, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This case returns to us on remand from the Supreme Court of the United States. The Supreme Court vacated our judgment and remanded the case for further development of an evidentiary record and resolution of the petitioner's constitutional claim in the district court. *Panetti v. Quarterman,* —— U.S. ——, 127 S.Ct. 2842, —— L.Ed.2d —— (2007). Accordingly, we remand the case to the District Court for the Western District of Texas for further proceedings consistent with the opinion of the Supreme Court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

